# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00482-CR

**Yordanis Quintero-Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 16,071, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Yordanis Quintero-Gomez was charged with the offense of aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.02. Quintero-Gomez pleaded guilty, and the trial court placed him on deferred adjudication community supervision for five years. The State later moved to revoke Quintero-Gomez's community supervision and to adjudicate his guilt based on alleged violations of the terms of his community supervision. After Quintero-Gomez pleaded true to one of the allegations in the State's motion to adjudicate, the trial court adjudicated him guilty of the offense and assessed punishment at eight years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744

(1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86-87 (1988).

Appellant's counsel has represented to the Court that she has provided copies of the motion and brief to appellant; advised appellant of his right to examine the appellate record and file a pro se brief; and provided appellant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. To date, appellant has not requested access to the appellate record or filed a pro se brief.

We have conducted an independent review of the record, including appellate counsel's brief, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous.

Counsel's motion to withdraw is granted. The trial court's judgment adjudicating guilt is affirmed.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, Kelly

Affirmed

Filed: January 16, 2020

Do Not Publish

2